SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Attorneys for Plaintiff Jerome Damasco

MARC RACHMAN (mrachman@dglaw.com)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
Telephone (212) 468-4800
Facsimile:  (212) 468-4888

Attorneys for Defendant PHD Media L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PHD MEDIA L.L.C., a Delaware limited liability company,<br><br>Defendant. | Case No. 5:11-cv-05353-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PHD MEDIA L.L.C. TO RESPOND TO COMPLAINT**<br><br>Hon. Richard Seeborg<br>Action Filed:  November 3, 2011 |

WHEREAS, on November 4, 2011 Plaintiff filed his Class Action Complaint ("Complaint") and Defendant was served with the Complaint on November 16, 2011;

WHEREAS, on December 8, 2011, the parties filed a joint stipulation to extend Defendant's responsive pleading deadline to January 9, 2012 (Dkt. 9);

**STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND**

1  WHEREAS, the parties also filed joint stipulations to extend Defendant's responsive
2  pleading deadline on January 13, 2012 (Dkt. 11) and January 30, 2012 (Dkt. 14), and on
3  February 15, 2012, the parties filed a further joint stipulation to extend Defendant's
4  responsive pleading deadline to February 29, 2012 (Dkt. 15);

5  WHEREAS, the parties have had multiple conversations relating to case settlement,
6  wish to continue those settlement conversations, and have circulated a draft settlement
7  agreement for review; and

8  WHEREAS, in the interest of maximizing efficiency and to permit the parties to
9  continue to focus on resolving this matter, Defendant seeks additional time to file a
10 responsive pleading;

11 WHEREAS, Defendant does not seek an extension for the purpose of unnecessarily
12 delaying this action or for any other improper purpose;

13 WHEREAS, an extension of time would not alter the date of any event or deadline
14 already fixed by the Court; and

15 WHEREAS, Plaintiff has no objection to Defendant receiving additional time to
16 respond to the Complaint.

17 //
18 //
19
20 //
21 //
22 //
23 //
24
25 //
26 //
27

STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO RESPOND
2

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys, pursuant to Civil L.R. 6-1 and 7-12 that the deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be extended to March 14, 2012.

IT IS SO STIPULATED.

Dated:  February 29, 2012

By: _____
Sean P. Reis
EDELSON MCGUIRE, LLP
Attorneys for JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals

Dated:  February 29, 2012

By: _____
Marc Rachman
DAVIS & GILBERT LLP
Attorneys for Defendant
PHD MEDIA L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  3/1/12

_____
Honorable Richard Seeborg
U.S. District Court Judge

---

**STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO RESPOND**