SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Attorneys for Plaintiff Jerome Damasco

MARC RACHMAN (mrachman@dglaw.com)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
Telephone (212) 468-4800
Facsimile:  (212) 468-4888

Attorneys for Defendant PHD Media L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>v.<br><br>PHD MEDIA L.L.C., a Delaware limited liability company,<br><br>           Defendant. | Case No. 5:11-cv-05353-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PHD MEDIA L.L.C. TO RESPOND TO COMPLAINT**<br><br>Hon. Richard Seeborg<br>Action Filed:  November 3, 2011 |

**STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND**

WHEREAS, on November 4, 2011 Plaintiff filed his Class Action Complaint, and Defendant was served with the Complaint on November 16, 2011;

WHEREAS, the Parties have filed several stipulations to extend the deadline by which Defendant must respond to Plaintiff's Complaint, and on March 1, 2012, the Court entered an Order extending the deadline for Defendant to file its responsive pleading to March 14, 2012 (Dkt. 19);

WHEREAS, the Parties, along with certain third-parties involved in the conduct at issue in this case, have engaged in settlement discussions and request an additional sixty (60) days to complete those discussions;

WHEREAS, in light of the Parties' advanced settlement discussions, and in the unlikely event those discussions fail to result in an executed settlement agreement, the Parties agree to extend the deadline for Defendant to file its responsive pleading in this case;

WHEREAS, Defendant does not seek an extension for the purpose of unnecessarily delaying this action or for any other improper purpose;

WHEREAS, an extension of time would not alter the date of any event or deadline already fixed by the Court, and the Parties do not currently intend to seek any additional extensions;

WHEREAS, Plaintiff has no objection to extending the deadline by which Defendant must respond to the Complaint.

//

//

//

//

**STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO RESPOND**

2

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys, pursuant to Civil L.R. 6-1 and 7-12 that Defendant's deadline to answer, move, or otherwise respond to the Complaint shall be extended to May 16, 2012.

IT IS SO STIPULATED.

Dated: March 8, 2012

By:/s/ Sean Reis
Sean P. Reis
EDELSON MCGUIRE, LLP
Attorneys for JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals

Dated: March 8, 2012

By: /s/ Marc Rachman
Marc Rachman
DAVIS & GILBERT LLP
Attorneys for Defendant
PHD MEDIA L.L.C.

**IT IS SO ORDERED**.

DATED: 3/8/12

Honorable Richard Seeborg
U.S. District Court Judge

**STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO RESPOND**

3