Sean P. Reis (SBN 184004)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*ATTORNEY FOR PLAINTIFF*

Marc Rachman
DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4992
Facsimile: (212) 621-0940
mrachman@dglaw.com

*ATTORNEY FOR DEFENDANT*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>P.H.D. MEDIA LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:11-cv-05353-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR (1) FILING OF AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a); AND (2) DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Hon. Richard Seeborg |

WHEREAS, on November 4, 2011, Plaintiff filed his Class Action Complaint, alleging Defendant PHD Media LLC ("PHD") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (Dkt. No. 1);

WHEREAS, PHD has not yet filed a responsive pleading in this matter; and

---

Joint Stipulation for Filing of Amend Compl.
and for Dismissal                                    Case No. 3:11-cv-05353 RS

WHEREAS, based on informal discovery exchanged between the Parties and obtained from third-parties, Plaintiff now wishes to file his First Amended Class Action Complaint in the form attached as Exhibit A ("First Amended Complaint"), and to dismiss his Complaint with prejudice as to Defendant PHD.

THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a) and Civil L.R. 7-12, IT IS STIPULATED by the Parties hereto, and the Parties respectfully request that this Honorable Court order, that:

(i) Plaintiff will file his First Amended Complaint, pursuant to Rule 15(a); and

(ii) The action is dismissed with prejudice and without costs or fees as between Plaintiff Damasco and Defendant PHD Media LLC, and dismissed without prejudice and without costs or fees as to the claims of the members of the uncertified proposed class against Defendant PHD Media LLC.

IT IS SO STIPULATED.

Dated:  May 15, 2012

| EDELSON MCGUIRE, LLP | DAVIS & GILBERT LLP |
|---|---|
| /s/ Sean Reis | /s/ Marc Rachman |
| Sean P. Reis | Marc Rachman |
| 30021 Tomas Street, Suite 300 | 1740 Broadway |
| Rancho Santa Margarita, CA 92688 | New York, NY 10019 |
| T: (949) 459-2124 | T: (212) 468-4992 |
| F: (949) 459-2123 | F: (212) 621-0940 |
| sreis@edelson.com | mrachman@dglaw.com |
| *Attorneys for Plaintiff Jerome Damasco* | *Attorneys for Defendant PHD Media, LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated: 5/16/12

_____
Hon. Richard G. Seeborg
United States District Court Judge

Joint Stipulation for Filing of Amend. Compl. and for Dismissal

2

Case No. 3:11-cv-05353-RS