1 LUANNE SACKS (Bar No. 120811)
luanne.sacks@dlapiper.com
2 CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
3 JESSE STEINBACH (Bar No. 278923)
jesse.steinbach@dlapiper.com
4 DLA PIPER LLP (US)
555 Mission Street, Suite 2400
5 San Francisco, CA 94105-2933
Tel: 415.836.2500
6 Fax: 415.836.2501

7 JENNIFER M. KASHATUS (*pro hac vice* pending)
jennifer.kashatus@dlapiper.com
8 DLA Piper LLP (US)
500 Eighth Street, NW
9 Washington, DC 20004
Tel: 202.799.4000
10 Fax: 202.799.5000

11 Attorneys for Defendants
VELTI USA, INC., and VELTI NORTH
12 AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VELTI USA, INC. f/k/a AD INFUSE, INC., a Delaware corporation, VELTI NORTH AMERICA, INC., a Delaware corporation, and 1TOUCH MARKETING, LLC, a Florida limited liability company,<br><br>Defendants. | CASE NO. 3:11-CV-05353 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom 3 |

1  IT IS HEREBY STIPULATED AS FOLLOWS:

2  The parties have agreed upon the following schedule to provide them with comparable
3  time in which to brief and file an opposition motion and reply in support of a pleading challenge
4  defendants Velti USA, Inc. and Velti North America, Inc. (collectively, "Velti") intend to file in
5  response to Plaintiff's First Amended Class Action Complaint (Docket #24). Pursuant to the
6  parties' Stipulation to Extend Time to Respond to First Amended Complaint (Docket #29), the
7  last day to file that pleading challenge is June 22, 2012.

8  IT IS HEREBY AGREED TO AS FOLLOWS:

9  Velti's pleading challenge will be briefed and heard pursuant to the following schedule:

10 <u>June 22, 2012:</u>  Last day to file pleading challenge to the First Amended Class Action
11 Complaint.

12 <u>July 20, 2012:</u>  Last day to file opposition to Velti's pleading challenge.

13 <u>August 2, 2012:</u>  Last day to file any reply brief in support of Velti's pleading challenge.

14 <u>August 9, 2012, 1:30 p.m.:</u>  Hearing regarding Velti's pleading challenge.

15
16 Dated: June 12, 2012

17                                    DLA PIPER LLP (US)

18                                    By: /s/ Carter Ott
19                                        CARTER W. OTT
                                          Attorneys for Defendants
20                                        VELTI USA, INC. and VELTI NORTH
                                          AMERICA, INC.

21 Dated: June 12, 2012

22                                    EDELSON MCGUIRE, LLP
23
24                                    By: /s/ Sean Reis
                                          SEAN P. REIS
25                                        Attorneys for Plaintiff
                                          JEROME DAMASCO
26
27 \\\\\
28

1   I, Carter Ott, am the ECF user whose identification and password is being used to file the
2   foregoing Stipulation And [Proposed] Order Regarding Pleading Challenge Briefing Schedule.  I
3   hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __6/12_____, 2012

By: _____
Honorable Richard Seeborg
United States District Court Judge