Sean P. Reis (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

Evan M. Meyers (admitted *pro hac vice*)
emeyers@edelson.com
EDELSON MCGUIRE, LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*ATTORNEYS FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> VELTI USA, INC. f/k/a AD INFUSE, INC., a Delaware corporation, VELTI NORTH AMERICA, INC., a Delaware corporation, and 1 TOUCH MARKETING, LLC, a Florida limited liability company, <br><br> Defendants. | Case No. 3:11-cv-05353-RS <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** <br><br> Hon. Richard Seeborg |

**Plaintiff's Notice of Voluntary Dismissal**                                  **Case No. 3:11-cv-05353-RS**

PLEASE TAKE NOTICE that the Plaintiff Jerome Damasco hereby voluntarily dismisses this case in its entirety without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

On November 4, 2011, Plaintiff filed a Class Action Complaint against defendant PHD Media, LLC (Dkt. 1), and on May 15, 2012, Plaintiff filed a First Amended Class Action Complaint naming as defendants Velti USA, Inc., Velti North America, Inc. and 1Touch Marketing, LLC. (Dkt. 24.)

Federal Rule of Civil Procedure 41(a)(1) provides in relevant part that "[s]ubject to Rule[] 23(e) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1).

In this case, Defendants have neither answered Plaintiff's First Amended Class Action Complaint nor served a motion for summary judgment. In addition, no class has yet been certified in this matter. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court, thus terminating this action in its entirety.

Dated: August 20, 2012           Respectfully submitted,

JEROME DAMASCO, individually and on behalf of a class of similarly situated individuals

By: /s/ Sean Reis
      One of Plaintiff's Attorneys

Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688

**Plaintiff's Notice of Voluntary Dismissal**           Case No. 3:11-cv-05353-RS
2

Tel: (949) 459-2124
Fax: (949) 459-2123

Evan M. Meyers (Admitted *Pro Hac Vice*)
emeyers@edelson.com
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff Jerome Damasco*

**CERTIFICATE OF SERVICE**

I, Sean Reis, certify that on August 20, 2012, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 20, 2012

/s/ Sean Reis